GIFFORD, President of the Farmer's Bank of Hudson, *v.* LIVINGSTON, 2 Denio.

### *General Banking Law.*

IN this case, the Court of Errors held, that the act entitled "An act to authorize the business of banking," passed April 18th, 1338, was constitutionally passed, although it did not receive the assent *of two thirds* of the members elected to each branch of the legislature, was a constitutional and valid act, and that the decision in the case of *Warner* v. *Beers*, to that effect is conclusive.

The case of *De Bow* v. *The People*, 1 Denio, 9, was expressly overruled by the Court of Errors in this case, and the judgment of the Supreme Court in the present instance *reversed* by 15 to 7.